United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA D. HARRIS,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 08-00831 JSW

**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

The Court having received Plaintiff Angela D. Harris' application to proceed *in forma pauperis,* and good cause appearing, IT IS HEREBY ORDERED that Plaintiff's application is GRANTED and that the Clerk shall issue the summons. IT IS FURTHER ORDERED that the United States Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit, and this Order upon the Defendant in conformity with Federal Rule of Civil Procedure 4(i).

**IT IS SO ORDERED.**

Dated: February 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE