1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
3 | Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
4 | Special Assistant United States Attorney

5 |    333 Market Street, Suite 1500
   San Francisco, California 94105
6 |    Telephone: 415-977-8934
   Fax: 415-744-0134
7 |    E-mail: Shea.Bond@ssa.gov

8 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA D. HARRIS, ) | CIVIL NO. 08-00831 JSW |
|    Plaintiff, ) | |
|       v. ) | STIPULATION AND ORDER FOR EXTENSION |
| MICHAEL J. ASTRUE, ) Acting Commissioner of ) Social Security, ) | |
|    Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner have a 30-day extension of time in which to file a response to Plaintiff's Motion for Summary Judgment. Due to a heavy workload and the length of Plaintiff's Memorandum and the number of issues raised therein, the Special Assistant United States Attorney for the Commissioner requires additional time to respond to Plaintiff's arguments.

The Commissioner's response to Plaintiff's Motion for Summary Judgment will now be due on September 24, 2008.

///

///

| | | |
|---|---|---|
| Dated: August 25, 2008 | | /s/ *Harvey P. Sackett* <br> *(As authorized via telephone on August 25, 2008)* <br> HARVEY P. SACKETT <br> Attorney for Plaintiff |
| | | JOSEPH P. RUSSONIELLO <br> United States Attorney |
| Dated: August 25, 2008 | By: | /s/ *Shea Lita Bond* <br> SHEA LITA BOND <br> Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have an additional 30 days in which to respond to Plaintiff's Motion for Summary Judgment, up to and including August 25, 2008.

Dated: August 26, 2008

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

2