HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA D. HARRIS, | ) Civil No. C08-00831 JSW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner,<br>Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Wednesday, October 22, 2008 in which to e-file her Response to Defendant's Cross-Motion for Summary Judgment. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before the district court that also require briefing around this time period.

1

STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: September 18, 2008

/s/
SHEA LITA BOND
Special Assistant U.S. Attorney

Dated: September 18, 2008

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
ANGELA D. HARRIS

IT IS SO ORDERED.

Dated: September 18, 2008

_____
HON. JEFFREY S. WHITE
United States District Judge

2

STIPULATION AND ORDER