United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANGELA D. HARRIS,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,

       Defendant.

_____/

No. C 08-00831 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO STAY AND TO ALTER OR AMEND JUDGMENT**

      On April 8, 2009, Defendant Michael J. Astrue filed a Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) and a Motion to Stay Judgment Pursuant to Federal Rule of Civil Procedure 62(b).

      It is HEREBY ORDERED that Plaintiff's Opposition to both motions shall be due on or before April 22, 2009, and Defendant's Reply shall be due on or before April 29, 2009. The Court shall then take the matter under submission.

      **IT IS SO ORDERED.**

Dated: April 8, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE