1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ANGELA D. HARRIS,

10            Plaintiff,                        No. C 08-00831 JSW

11      v.                                      **ORDER OF REFERRAL**

12   MICHAEL J. ASTRUE,

13            Defendant.
     _____/

14

15        Pursuant to Northern District Civil Local Rule 72-1, Plaintiff's Motion for Attorneys'

16   Fees is HEREBY REFERRED to a randomly assigned Magistrate Judge for a Report and

17   Recommendation.  If the parties have not received an assignment within fourteen days, please

18   contact the Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

19        **IT IS SO ORDERED.**

20

21   Dated:   May 7, 2009                       _____
                                                 JEFFREY S. WHITE
22                                               UNITED STATES DISTRICT JUDGE

23

24   cc:     Wings Hom

25

26

27

28

**United States District Court**
For the Northern District of California