IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA D. HARRIS, | No. C 13-02156 SI |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Jeffrey S. White for a determination of whether this case is related to *Harris v. Astrue*, No. C 08-0831 JSW.

**IT IS SO ORDERED.**

Dated: 4/28/14

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE